IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-00908-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RONALD R. DAWURSK;
MARIANNE WILSON, as Trustee of Dolphin Trust;
MARIANNE WILSON, as Trustee of Jade Trust;

        Defendants.
_____

ORDER VACATING HEARING
_____

Pursuant to the notice of withdrawal of the motion for default judgment, filed on July 7, 2005, it is

ORDERED that the hearing scheduled for July 22, 2005, at 9:00 a.m. is vacated.

Dated: July 8th ,2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge

Civil Action No. 03-cv-00908-RPM

I do hereby certify that I have mailed a copy of the attached to the following:

Dated: _____

GREGORY C. LANGHAM, CLERK

By_____
Deputy

Magistrate Judge Coan

Mark Pestal
Asst. U. S. Attorney

G. Patrick Jennings, Trial Attorney
U. S. Department of Justice, Tax Division
P. O. Box 683, Ben Franklin Stn.
Washington, D.C. 20044-0683

Carolyn Lievers
Asst. Attorney General
D. C. Box No. 20

Marianne Wilson
1721 N. Wahsatch
Colorado Springs, CO 80907-7601

Ronald R. Dawursk
95 Ellsworth St.
Colorado Springs, CO 80906

Judith A. Dawursk
95 Ellsworth St.
Colorado Springs, CO 80906

Ronald Richard
95 Ellsworth St.
Colorado Springs, CO 80906