IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-00908-RPM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RONALD R. DAWURSK;
MARIANNE WILSON, as Trustee of Dolphin Trust; and
MARIANNE WILSON, as Trustee of Jade Trust;
JUDITH DAWURSK, a/k/a JUDITH ENGLUND

      Defendants.

ORDER ON SECOND SUPPLEMENTED COMPLAINT

On September 29, 2006, "Ronald Richard of the Dawursk family" filed a document entitled "verified statement of right Re: God-given unalienable rights in the original estate - Article III; Constitution." That document is so lacking in clarity that the court cannot determine whether it was intended for any purpose other than perhaps to inform the court that "Ronald Richard of the Dawursk family"claims an interest in the real property that is the subject of this action. The defendant is reminded that a party who is not represented by counsel must still comply with the Federal Rules of Civil Procedure and the Local Rules of Practice for the United States District Court for the District of Colorado, and defenses must be asserted by way of an answer or a motion that complies with those rules. Default was entered against defendant Ronald

R. Dawursk pursuant to Fed. R. Civ. P. 55(a) on April 14, 2003. If the Verified Statement of Rights is intended to be a pleading on behalf of defendant Ronald R. Dawursk, he is in default.

Additionally, on September 29, 2006, the plaintiff filed a status report and a notice of filing of "Second Supplemented Complaint." Upon consideration of the status report and the second supplemented complaint, it is

ORDERED that the second supplemented complaint is accepted for filing. The caption of future filings should be modified to reflect the addition of Judith Dawursk as a party to this action; and it is

FURTHER ORDERED that the plaintiff take appropriate action to effectuate service of a summons and the Second Supplemented Complaint upon Judith A. Dawursk and the other defendants.

Dated: December 5, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge