IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-00908-RPM

UNITED STATES OF AMERICA,

                          Plaintiff,

v.

RONALD R. DAWURSK;
MARIANNE WILSON, as Trustee of Dolphin Trust;
MARIANNE WILSON, as Trustee of Jade Trust; and
JUDITH DAWURSK, a/k/a JUDITH ENGLUND,

                          Defendants.
_____

ORDER FOR ADDITIONAL SERVICE BY MAIL
_____

On January 22, 2008, this Court entered Findings and Conclusions and Order to Show Cause Why Default Judgment Should Not Enter and directed that service be made by the United States Marshal on the named defendants. The marshal's return of service indicates that personal service was made on Marianne Wilson but that service was refused when attempted on Ronald R. Dawursk and Judith Dawursk. Given the record of efforts by these defendants to avoid notice of proceedings in this court, it is

ORDERED that additional service be made by mailing the Court's Findings and Conclusions and Order to Show Cause Why Default Judgment Should Not Enter to the following at the addresses shown:

Marianne Wilson
Trustee of Jade Trust
Trustee of Dolphin Trust
1721 N. Wahsatch
Colorado Springs, CO 80907-7601

Marianne Wilson
Trustee of Jade Trust
Trustee of Dolphin Trust
1721 N. Wahsatch
Colorado Springs, CO 80906

Marianne Wilson
Trustee of Jade Trust
Trustee of Dolphin Trust
937 E. Costilla St.
Colorado Springs, CO 80903

Ronald R. Dawursk
95 Ellsworth St.
Colorado Springs, CO 80906

Judith A. Dawursk
95 Ellsworth St.
Colorado Springs, CO 80906

Judith Englund
95 Ellsworth St.
Colorado Springs, CO 80906

Ronald Richard
95 Ellsworth St.
Colorado Springs, CO 80906

Dated: February 8th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge

Certificate of Mailing

I certify that on February 8, 2008, a copy of the foregoing Order for Additional Service by Mail, together with the Findings and Conclusions and Order to Show Cause Why Default Judgment Should Not Enter were mailed via U. S. Mail to the following:

Marianne Wilson
Trustee of Jade Trust
Trustee of Dolphin Trust
1721 N. Wahsatch
Colorado Springs, CO 80907-7601

Marianne Wilson
Trustee of Jade Trust
Trustee of Dolphin Trust
1721 N. Wahsatch
Colorado Springs, CO 80906

Marianne Wilson
Trustee of Jade Trust
Trustee of Dolphin Trust
937 E. Costilla St.
Colorado Springs, CO 80903

Ronald R. Dawursk
95 Ellsworth St.
Colorado Springs, CO 80906

Judith A. Dawursk
95 Ellsworth St.
Colorado Springs, CO 80906

Judith Englund
95 Ellsworth St.
Colorado Springs, CO 80906

Ronald Richard
95 Ellsworth St.
Colorado Springs, CO 80906

GREGORY C. LANGHAM, Clerk

By     s/ J. Chris Smith

3