IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-00908-RPM

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RONALD R. DAWURSK;
MARIANNE WILSON, as Trustee of Dolphin Trust; and
MARIANNE WILSON, as Trustee of Jade Trust;
JUDITH DAWURSK, a/k/a JUDITH ENGLUND

                Defendants.

---

ORDER FOR ENTRY OF JUDGMENT

---

In accordance with the Findings, Conclusions and Order, dated January 22, 2008, and upon consideration of the response of Judith Dawursk filed February 29, 2008, judgment will enter in favor of the United States of America and against the defendant Ronald R. Dawursk, in the amount of $1,705,820.03, as of December 12, 2007, and such additional interest as continues to accrue pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621 from that date until paid in full.

Judgment will enter declaring the following:

As a result of certain tax assessments against Ronald R. Dawursk and Notices of Federal Tax Lien recorded in the Office of the Clerk and Recorder of Park County, Colorado, the plaintiff

has liens against the five parcels of real property located in Park County, Colorado, described below:

    T10 R74 S22 SW4 35AC         TARRYALL GATE SUBDIVISION
    Lot 1                                      B0444 P0985 UL97 2502
    Park County, Colorado           35.00-TOTAL ACRES

("First Park County Property");

    T10 R74 S22 SE4 35.93AC       TARRYALL GATE SUBDIVISION
    Lot 06                                     B0444 P0990 UL97 2502
    Park County, Colorado           35.93-TOTAL ACRES

("Second Park County Property");

    T 10 R74 S27 NE4 35.76AC      TARRYALL GATE SUBDIVISION
    Lot 07                                     B0444 P0990 UL97 2502
    Park County, Colorado           35.76-TOTAL ACRES

("Third Park County Property");

    T10 R74 S27 NE4 36.94AC       TARRYALL GATE SUBDIVISION
    Lot 08                                     B0444 P0990 UL97 2502
    Park County, Colorado           36.94-TOTAL ACRES

("Fourth Park County Property");

    T10 R74 S27 NW4 38.63AC       TARRYALL GATE SUBDIVISION
    Lot 16                                     B0444 P0985 UL97 2502
    Park County, Colorado           38.63-TOTAL ACRES

("Fifth Park Property").

The plaintiff's interests in the First, Second, Third, Fourth, and Fifth Park County Properties are superior to any interests of the Dolphin Trust or the Jade Trust in such properties.

The plaintiff's interests in the First, Second, Third, Fourth, and Fifth Park County Properties are superior to any interests of Judith A. Dawursk in such properties.

The plaintiff is authorized to proceed with foreclosure sales of the First, Second, Third, Fourth and Fifth Park County Properties.

Although final judgment has not entered regarding the parties' interests in the Residence as that property was defined in the Order dated January 22, 2008, there is no just reason to delay entry of final judgment with respect to the monetary liability of defendant Ronald R. Dawursk to the plaintiff. Accordingly, pursuant to Fed. R. Civ. P. 54(b), final judgment will enter as to the money judgment set forth above.

Dated: April 21, 2008

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge