IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-00908-RPM

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RONALD R. DAWURSK;
MARIANNE WILSON, as Trustee of Dolphin Trust; and
MARIANNE WILSON, as Trustee of Jade Trust;
JUDITH DAWURSK, a/k/a JUDITH ENGLUND

                Defendants.

## ORDER TO RESPOND

The plaintiff moved for default judgment on December 21, 2007. On January 22, 2008, the Court entered Findings and Conclusions and an Order to Show Cause Why Default Judgment Should Not Enter in the form of the Proposed Judgment attached thereto. [Doc. 83]. The Proposed Judgment included a proposed declaration that the "plaintiff's interests in the Residence are superior to any interest held by Judith A. Dawursk, with the exception of a 25% interest in the Residence held by Judith A. Dawursk." Defendant Judith A. Dawursk responded on February 29, 2008, disputing that aspect of the Proposed Judgment and claiming that she owns a 50% interest in the Residence as a result of a warranty deed dated July 17, 1990, whereby title to the Residence was conveyed to Ronald R. Dawursk and Judith Dawursk in joint tenancy, and that her interest is not encumbered by federal tax liens filed against Ronald R. Dawursk's interest in the Residence. Judith Dawursk submitted an affidavit stating that any conveyances of

-1-

her interest in the Residence to the Jade Trust or Dolphin Trust or from those entities to Ronald R. Dawursk were coerced and fraudulent and of no effect. Judith Dawursk thus claims a 50% interest in the Residence that is superior to any interest of the plaintiff.

The plaintiff has not replied to Judith Dawursk's response. It is hereby

ORDERED that on or before May 15, 2008, the plaintiff shall reply to the response of Judith Dawursk.

Dated: April 28, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge