IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-00908-RPM

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RONALD R. DAWURSK;
MARIANNE WILSON, as Trustee of Dolphin Trust; and
MARIANNE WILSON, as Trustee of Jade Trust;
JUDITH DAWURSK, a/k/a JUDITH ENGLUND

                Defendants.

---

SUPPLEMENTAL FINDINGS AND CONCLUSIONS REGARDING
JUDITH DAWURSK'S INTEREST IN THE RESIDENCE

---

      The Findings and Conclusions and Order to Show Cause Why Default Judgment Should Not Enter, dated January 22, 2008, included a finding that "the United States' federal tax liens encumber a 75% interest in the Residence, leaving Judith A. Dawursk with a 25% unencumbered interest." [Doc. 83, at 9]. Judith A. Dawursk responded, contesting that finding and asserting that she owns a 50% interest in the Residence and that such interest is unencumbered by the United States' federal tax liens. [Doc. 92]. The plaintiff now concedes that it is entitled to only a 50% interest in the Residence, as a result of the federal tax liens attaching to Ronald R. Dawursk's interest in the Residence. Accordingly, it is

ORDERED that the Findings and Conclusions entered January 22, 2008, are modified to reflect that the United States' federal liens encumber a 50% interest in the Residence, leaving Judith A. Dawursk with a 50% unencumbered interest.

Dated: May 9, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge