IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-00908-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RONALD R. DAWURSK;
MARIANNE WILSON, as Trustee of Dolphin Trust; and
MARIANNE WILSON, as Trustee of Jade Trust;
JUDITH DAWURSK, a/k/a JUDITH ENGLUND

        Defendants.

---

ORDER FOR HEARING ON FORECLOSURE PROCEDURE

---

On April 30, 2008, the plaintiff submitted a proposed order of foreclosure and decree of sale with respect to the Park County Properties. That order is unacceptable and deficient in various aspects, including the plaintiff's failure to identify the specific location of the proposed sale (¶ 4.c), failure to identify the newspaper in which the notice of sale is to be published (¶ 4.e), the inclusion of directions that the deposit and purchase price be paid to the court (¶¶ 4.g and 4.h), and the inclusion of a generic statement regarding the application of sale proceeds to unpaid local taxes (p. 7, ¶ b). Accordingly, it is

ORDERED that a hearing will be convened at a time to be scheduled, for the purpose of discussing the procedures to govern the foreclosure sales of the subject properties.

Dated: May 9, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge