# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:03-cv-908-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD R. DAWURSK;
MARIANNE WILSON, as trustee of DOLPHIN TRUST;
MARIANNE WILSON, as trustee of JADE TRUST; and
JUDITH A. DAWURSK, a/k/a JUDITH ENGLUND,

    Defendants.

## ORDER TO CONFIRM SALE OF PARK PROPERTIES

This matter came before the Court on the United States' motion to confirm the sale of the following five parcels of real property known as the Park Properties:

Parcel 1:
    T10 R74 S22 SW4 35AC    TARRYALL GATE SUBDIVISION
    Lot 1    B0444 P0985 UL97 2502
    Park County, Colorado    35.00-TOTAL ACRES

Parcel 2:
    T10 R74 S22 SE4 35.93AC    TARRYALL GATE SUBDIVISION
    Lot 06    B0444 P0990 UL97 2502
    Park County, Colorado    35.93-TOTAL ACRES

Parcel 3:
    T10 R74 S27 NE4 35.76AC    TARRYALL GATE SUBDIVISION
    Lot 07    B0444 P0990 UL97 2502
    Park County, Colorado    35.76-TOTAL ACRES

Parcel 4:

  T10 R74 S27 NE4 36.94AC  TARRYALL GATE SUBDIVISION
  Lot 08  B0444 P0990 UL97 2502
  Park County, Colorado  36.94-TOTAL ACRES

Parcel 5:

  T10 R74 S27 NW4 38.63AC  TARRYALL GATE SUBDIVISION
  Lot 16  B0444 P0985 UL97 2502
  Park County, Colorado  38.63-TOTAL ACRES

The Court, having reviewed the Declaration of Ernest J. Sell and the United States' Motion to Confirm Sale, finds that the sales were in all respects legally and properly conducted.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that the September 23, 2008 sales of the Parcels 1, 3, 4 and 5, as described above, to SPH Investments, LLC for the sum of $80,000 and the sale of Parcel 2 to Robert Kenneth Bonnet and Patsy Sue Bonnet for the sum of $21,000 is hereby approved and confirmed. The IRS shall issue a deed for all the Park Properties.

The United States shall submit an Order for Distribution of the total sum of $101,000.

DATED this 1st day of December, 2008.

    BY THE COURT:

    s/ Richard P. Matsch
    _____
    HONORABLE RICHARD P. MATSCH
    United States District Judge
    District of Colorado