IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-00908-RPM

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RONALD R. DAWURSK;
MARIANNE WILSON, as Trustee of Dolphin Trust; and
MARIANNE WILSON, as Trustee of Jade Trust;
JUDITH DAWURSK, a/k/a JUDITH ENGLUND

                Defendants.

---

ORDER STRIKING MOTION FOR STAY FILED BY GEORGE-THOMAS :BROKAW

---

On July 16, 2009, a document was filed in this action bearing the caption "Motion by the Third-Party Interpleader as Plaintiff for Stay of Execution of Judgment to Allow the Court Sufficient Time To Consider the Merit of the Third Party Interpleader and Petitioner." [Dkt. 133].  That document was filed by a pro se non-party, identified as "George-Thomas :Brokaw." The movant states that George-Thomas :Brokaw has accepted the position of surety for Ronald R. Dawursk and believes that he has discharged the debt of Richard R. Dawursk that is the subject of the pending foreclosure proceeding.  However, the motion lacks any semblance of clarity with respect to the purported discharge of Mr. Dawursk's tax liability.  To the extent that the motion purports to assert a defense to the Plaintiff's claim against Defendant Richard R. Dawursk, the motion is untimely.  The Plaintiff's claim against Defendant Richard R. Dawursk was reduced to final judgment on April 21, 2008.  If the motion seeks to obtain relief from that

judgment, the motion is also untimely and improper. A party who is not represented by counsel must still comply with the Federal Rules of Civil Procedure and the Local Rules of Practice for the United States District Court for the District of Colorado. Accordingly, it is

ORDERED that the document captioned "Motion by the Third-Party Interpleader as Plaintiff for Stay of Execution of Judgment to Allow the Court Sufficient Time To Consider the Merit of the Third Party Interpleader and Petitioner" [Dkt. 133] is stricken from the court's docket.

Dated: July 20, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge