**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 1:03-cv-00908-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RONALD R. DAWURSK;
MARIANNE WILSON, as trustee of DOLPHIN TRUST;
MARIANNE WILSON, as trustee of JADE TRUST; and
JUDITH A. DAWURSK, a/k/a JUDITH ENGLUND,

        Defendants.

---

ORDER CONFIRMING SALE OF THE RESIDENCE
AND DIRECTING DISTRIBUTION OF SALE PROCEEDS

---

Plaintiff United States of America has requested an Order confirming the sale of one (1) parcel of real property located at 95 Ellsworth St., Colorado Springs, CO., in El Paso County, Colorado ("the Property") and directing the Clerk of Court to distribute sale proceeds.

IT IS THEREFORE ORDERED THAT the sale of the real property, identified above and legally described as follows:

> Lot 17, BROADMOOR OAKS SUBDIVISION FILING NO.3, in the City of Colorado Springs, EI Paso County, Colorado, according to the plat thereof recorded in Plat Book C-4 at Page 107.

to Field of Dream Investments, Inc. for the sum of $290,000 is HEREBY CONFIRMED. The Internal Revenue Service shall issue a deed for the Property.

The proceeds of the sale shall be distributed as follows:

1. To the Internal Revenue Service (payable to the "United States Treasury"),

for the costs of the sale in the amount of                                    $,2,056.23;

Internal Revenue Service,
Attn: Carmen Palacio, Advisor
1999 Broadway
Denver, CO 80202.

2. To El Paso County Treasurer for property taxes on parcel 7512407009

 in the amount of                                              $2,096.30
                                                               (calculated to
                                                               1/28/2010);

El Paso County Treasurer
P. O. Box 2018
Colorado Springs, Co 80901

3. To Judith Dawursk for her one half interest in the Residence

in the amount of                                               $142,923.73;

Judith Dawursk
c/o Gregory J. Hock, Esq.
830 North Tejon Street, #408
Colorado Springs, CO 80903

///

///

///

///

///

///

///

4.  To the United States Department of Justice (payable to the "United States Treasury") for the unpaid federal income tax liabilities of Ronald Dawursk for the 1994-1998 tax years in the amount of $142,923.73.

William E. Thompson,
Department of Justice, Tax Division, Office of Review
P.O. Box 310
Ben Franklin Station
Washington, D.C. 20044

Dated this 22nd day of December, 2009.

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      HONORABLE RICHARD P. MATSCH
                                      United States District Court Judge
                                      District of Colorado